# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

MICHAEL, LEE ⟩
_____ ⟩   Case Number: 21-902 SMY
_____ ⟩   _(Clerk's Office will provide)_
_____ ⟩
*Plaintiff(s)/Petitioner(s)* ⟩
v. ⟩   ☒ CIVIL RIGHTS COMPLAINT
DEANNA M. BROOK Hart ⟩   pursuant to 42 U.S.C. §1983 (State Prisoner)
Baldwin ⟩   ☐ CIVIL RIGHTS COMPLAINT
ROB JEFFREYS ⟩   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Illinois Department of Corrections ⟩   ☐ CIVIL COMPLAINT
*Defendant(s)/Respondent(s)* ⟩   pursuant to the Federal Tort Claims Act, 28 U.S.C.
⟩   §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**    Michael, lee ID# Y-17162   Lawrence, CC
12030 Lawrence Road. Sumner, FL 62466

A.    Plaintiff's mailing address, register number, and present place of
confinement.

**Defendant #1:**

B.    Defendant ___DEANNA  M. BROOK  HART___ is employed as
           (a)        (Name of First Defendant)

___Warden / Chief Administrative officer___
           (b)        (Position/Title)

with ___Illinois Department of Corrections___
           (c)        (Employer's Name and Address)

___Unknown Address___

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: I Belieue Illinois
Department of Corrections isstate
who m employes Deanna M. Brookhart

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _____Baldwin_____ is employed as

(Name of Second Defendant)

Head Director of IDOC

(Position/Title)

with Illinois Department of Corrections

(Employer's Name and Address)

Unknown Addresses.

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☑Yes  ☐No

If you answer is YES, briefly explain: I Believe (IDOC) is State Whom Employes Baldwin.

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant #3

D. _____Rob Jeffreys_____ is

(Name of Third Defendant)

Employed as

Acting Director At IDOC

with Unknown Address -(IDOC)

(Position/Title)

At The Time The Claim(s) Alleged In This Complaint Arose, was Defendant #4 Employed by the State, Local, or Federal Government? ☑Yes ☐No

If You Answer is Yes, Briefly Explain: To My Belief IDOC is State Which Employes Rob, Jeffreys.

Rev. 10/3/19

DeFenDent #4

E. DeFenDeenT ILLinois DePaRtment of CORRectPons
(name oF FOURTH DeFenDant)

is emPloyeD as companY oveR DeFenDant(s) 1,2,3,
(Posetion / Tetle)

weth State of ILLinoPs - unknoween ADDRess

AT The TiMe The cLaLM (S) alleged This complaint
ARose, was DefenDeent #4 emPLOYED BY The
State, Local, OR FeDeRcel GoveRnment ☒yes ☐no

IF YouR answeR Ps Yes, BRoefLyexPlaPn: IDoc
Ps emPloyeD BY The state of ILLPnops
And / OR GouRnMent TO MY Belpet.

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☑Yes ☐No

*( PREVIOUS SUITS PAGES 1-5 ENCLOSED.)*

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s): *Lee*
*V*
Defendant(s): *IDOC*

2.   Court (if federal court, name of the district; if state court, name of the county): *STATE COURT, PONTIAC COUNTY CENTRAL DISTRICT*

3.   Docket number: ~~UNKNOWN~~ *1:18-CV-01081-CSB*

4.   Name of Judge to whom case was assigned: ~~UNKNOWN~~ *Judge Colin STIRLING BRUCE*

5.   Type of case (for example: Was it a Habeas corpus or civil rights action?): *Civil Rights action*

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *DISMISSED*

7. Approximate date of filing lawsuit: 2018

8. Approximate date of disposition: 2018

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" NO

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes   ☐ No

C. If your answer is YES,
   1. What steps did you take? I wrote grilvance in clear detail and the responce was moot, also I appealed grievance and no results came from that at all.
   2. What was the result? no results besides excuses made by staff and administration at Lawrence, CC

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes   ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

1. PARTIES TO PREVIOUS LAWSUIT:

   PLAINTIFF(S): LEE

              V.

   DEFENDANTS COOK COUNTY SHERIFF

2.) COURT (IF FEDERAL COURT, NAME OF THE DISTRICT, IF STATE COURT, NAME OF THE COUNTY):
    COOK COUNTY

3.) DOCKET NUMBER: 1:16-CV-6412

4.) NAME OF JUDGE: UNKNOWN -(I DO NOT HAVE DOCUMENTS)

5.) TYPE OF CASE (FOR EXAMPLE:) WAS IT HABEUS CORPUS OR CIVIL RIGHTS ACTION? CIVIL RIGHTS ACTION

6.) DISPOSITION OF CASE (FOR EXAMPLE: WAS IT DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?: CASE WAS DISMISSED

7.) APPROXIMATE DATE OF FILING LAWSUIT: 2016

8.) APPROXIMATE DATE OF DISPOSITION: 2017

9.) WAS THE CASE DISMISSED AS BEING FRIVOLOUS, MALICIOUS, OR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND, OR DID THE COURT TELL YOU THAT YOU RECEIVED A "STRIKE?" NO.

1. Parties to previous lawsuit:

   Plaintiff(s): LEE

            V.

   Defendant(s) Tom Dart, et al

2) Court (of federal, name District, if state court name of
   the county): Cook County

3.) Docket number: 1:19-cv-0552

4) Name of Judge: Gary Feinerman

5.) Type of case (for example: was it Habeas corpus,
   or civil rights Action?): civil rights Action

6) Deposition of case (for example: was it
   Dismissed? was it appealed? is it still
   pending?): case was Dismissed

7) Approximate date of filing lawsuit: 2019

8) Approximate date of Disposition: 2019

9) was the case Dismissed as being frivolous,
   malicious, or failure to state a claim upon
   which relief may be granted and, or Did the
   court tell you that you received a "Strike?"
   no

PARTIES TO PREVIOUS LAWSUIT:

Plaintiff(S): Michael, Lee

V

Defendant(S) LiSA ROGERS, et al

2.) Court (if Federal court nameof the DiStrict: if State Court) name of county: Cook county

3.) Docket NUMBER: 1:14-cv-2862

4) Name of Judge To whom case was assigned: Gary Feinerman

5.) Type of case (for example: was it A HABEAS Corpus, OR CiVil RiGhts ACTion?) CiVil RiGhts ACTion

6.) DiSPoSition of case (for example: was the case DiSMiSSeD? was it Appeard? is it Still Pending? case settled up. settlement (on a-10-2021)

7) APProximate Date of filing lawsuit: 2019 of APRil

8) APProximate Date of DiSPoSition: 2021 of FEBRUARY

9) was The case DiSMiSSeDas BeinG FRiVolous, Malicious, OR for failure To state A claim upon which RelifMAY Be GRanted and/ oR DiD The court Tell You That You Received A "STRike?") The answer is No

H. AFS

1. PARTIES TO PREVIOUS LAWSUIT:
     PLAINTIFF(S): Michael Lee

     DEFENDANT(S) TOM DART, et al

2.) COURT(IF FEDERAL COURT NAME OF THE DISTRICT: IF
    STATE COURT, NAME OF COUNTY): COOK COUNTY
3.) DOCKET NUMBER: 1:20-cv-04136
4) NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
    GARY FEINERMEN
5) TYPE OF CASE (FOR EXAMPLE: WAS IT A HABEAS CO[R]
    OR CIVIL RIGHTS ACTION? CIVIL RIGHTS ACTION
6) DISPOSITION OF CASE (FOR EXAMPLE: WAS THE CASE
    DISMISSED? WAS IT APPEALED? IS IT STILL PEND[]
    CUSE IS STILL PENDING   BUT A SETTLEMENT
    OF $700 DOLLARS HAS BEEN REACHED AN SIGN UPON
    YET  THE CASE HAS NOT BEEN CLOSED YET.
7) APPROXIMATE DATE OF FILING LAWSUIT: 2020
8) APPROXIMATE DATE OF DISPOSITION: 2021
9) WAS THE CASE DISMISSED AS BEING FRIVOLOUS,
    MALICIOUS, OR FOR FAILURE TO STATE A CLAIM
    UPON WHICH RELIEF MAY BE GRANTED AND/OR DI[]
    THE COURT TELL YOU THAT YOU RECEIVED A "STRIKE[]
    THE ANSWER IS NO.

5 0 F 5

1.) PARTIES TO PREVIOUS LAWSUITS:
PLAINTIFF(S): LEE
V
DEFENDANT(S): ILLINOIS DEPARTMENT OF CORRECTIONS,

2.) COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME OF COUNTY): COOK COUNTY

3.) DOCKET NUMBER: 1-21-CV-02228

4.) NAME OF JUDGE TO WHOM CASE ASSIGNED: GARY, FEINERMAN

5.) TYPE OF CASE (FOR EXAMPLE: WAS IT A HABEAS CORPUS, OR CIVIL RIGHTS?: ITS A CIVIL RIGHTS ACTION

6.) DISPOSITION OF CASE (FOR EXAMPLE: WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?): THE CASE IS STILL PENDING

7.) APPROXIMATE DATE OF FILING LAWSUIT: APRIL 26TH 2021

8.) APPROXIMATE DATE OF DISPOSITION: 2021

9.) WAS THE CASE DISMISSED AS BEING FRIVOLOUS, MALICIOUS, OR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND/OR DID THE COURT TELL YOU THAT YOU RECEIVED A "STRIKE"? THE ANSWER IS NO.

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | Y17162 | **Counseling Date** | 07/28/21 11:49:00:393 |
| **Offender Name** | LEE, MICHAEL | **Type** | Collateral |
| **Current Admit Date** | 08/06/2020 | **Method** | Grievance |
| **MSR Date** | 10/24/2022 | **Location** | LAW SEGREGATION |
| **HSE/GAL/CELL** | S -CL-16 | **Staff** | BICE, KATIE L., Office Coordinator |

Grievance Office received grievance #07-21-277 regarding cell placement in R.H., dated 07/23/2021.
Grievance forwarded to Counselor for response.

(This is Grievance # noted), on File For Me Being in R.H. without no Disciplinary actions, or Any pending.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Request

Offender Name: _MICHAEL, lee_   ID # _Y17162_ Living Unit: _SA 4-16_  _L 16_

Job Assignment: _____   Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _To WARDEN DEANNA M. BROOK HART_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _I FINISH MY_
for the purpose of (explain): _Seg TIME, and have no PENDING ChARGES,_
_Being in R-H/ Seg unit-C I can not go to school, OR_
_no other acivites, whY AM I BEING punished?_

_M. lee_ _____   _6-28-2021_
Offender's Signature                          Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

_____   _____

_____   _____
Print Staff Name                                    Print Supervisor Name

_____ _____   _____ _____
Staff Signature              Date                 Supervisor Signature              Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: _NICHAEL, LEE_   ID #: _Y17162_ Living Unit: _SC L-16_

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _TO WARDEN   HEART BY BROOK HAPR_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _What Reason_
for the purpose of (explain): _Do You have Me SEGRE GATED FOR, and BEENG_
_In R-H / SEG WITHOOT NO CHARGES, OR THE WRITTEN_
_REASON DEPRIVES ME OF SCHOOL, I'M STUCK IN CELL 22 HOURS A DAY._

_M. LEE_   _7-1-2021_
Offender's Signature   Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

_____   _____

Print Staff Name   Print Supervisor Name

Staff Signature   Date   Supervisor Signature   Date

Distribution:   Affected Unit

Printed on Recycled Paper

DOC 0286 (Rev. 4/2010)

2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any
response you received.  If you cannot do so, explain why not: HeRe aRe 2 of
The ReQuest slips FROM MYself TO
waRden Deanna BRook HaRt whom is
The Top/ Head ofFiceR oveR eveRy
All STAFF MEMBeRS, At LawRence, CC.
And The GRievance # is (07-21-277)
The ACtual DocuMent is,
LOCATeD AT ARB - P.o.Box 19277
SPRingField, IL OFFice OF STAFF,
That Can oveRTuRn The waRden
Decision AT LawRence,CC.

AT Times The ARB May send DocuMent
viA Mail TO InMates, HoweveR Most
Times They will not senD actual
GRievance, only A Receipt notifying
InMate That GRievance was
Received. These aRe all DocuMents FOR
Futher PROOF, Records in IDoc sysTeM
will show all gRievances. I have
wRitten and Responces/Resolts.
As of ToDay 8-7 2021 IM STill STUCK in R-H
without wRitten Responce, OR any Reason
BY ADMinistration. using gRievance PROCESS
HAs MADe zeRo Resolts.

Rev. 10/3/19

IV.   **STATEMENT OF CLAIM**

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On 6-28-2021, I was Released FROM SegReGation / Restrictive Housing, and escorted Back To GeneRal Popolation. Before An, Foll HOUR Passed, I was Told To Pack MV PROPeRTY BY LT. wise, The waRDeN DEANNA M. BROOKHART wants me Housed in Restrictive Housing Building, even Though no Disciplinary charges are Being Pssoed, I was Placed in (R-H) cell LoweR #15, Then LoweR #16. I Ask eveRY SUPeRViSOR, why am I Being Denied School? and all otheR activities, if IM not Seg STatus? and IM GeneRal Popolation STatus, And LT. Phillips, and LT. wise, and LT. Johnson whom SUPeRViSOR The (Restrictive housing) Building has Stated " we Just Follow ORDeRS FROM MS. BROOK HaRt " I feel MY constitutional Rights are violated BY housing, and Treating Me as, if IM SeRving Disciplinary Days in Solitary Confinment, when I cleaRly have no CURRent Disciplinary charges, OR Pending ChaRges. waRDeN BROOK HaRt allows This At LawRence, cc, and Baldwin, And Rob JeffReys are involed BY Being oveR MS. BROOKHaRt in oveRsee's The issue But failed To act upon.

Rev. 10/3/19

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

A. order That The court order Monetary Damages and,
Punitive Damages Be awarded In The Ammount Determined
By The Plaintiff. (B) The court order Defendants To Pay
Compensatory Damages, and all cost An Reasonable attorney
Fee's incurred in prosecuting This action, and any other Relief
The court Deems Just and Proper.

## VI.   JURY DEMAND *(check one box below)*

The plaintiff ☑ does   ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  8-7-2021
(date)

Signature of Plaintiff  M. Lee

19030 Lawrence Road
Street Address

Printed Name  Michael Lee

Sumner, FL 62466
City, State, Zip

Prisoner Register Number  Y-17162

Pro Se
Signature of Attorney (if any)

Rev. 10/3/19

Certificate of service

I, Michael Lee certify that a copy of this

civil Rights complaint was mailed/delivered

to clerk of court united states District court

Southern District of Illinois, 750 Missouri Av

East St. Louis, IL 62201

on Dated 8-7-2021

signaturex M. Lee

Via USPS mail At 5PM
from Lawrence, CC

U.S. POSTAGE >> PITNEY BOWES

ZIP 62201 $ 001.11⁰
02 4W
0000369654 AUG 03 2021

MICHAEL, LEE ID#V17162
Lawrence, C.C.
19030 lawrence Road
SUMNER, IL 62466

CLERK of CouRT
United states District CouRT
Southern District of ILLinois
750 MISSOURI Ave.
EAST St. Louis, IL 62201   LE

PRIVILEGED

(legal Mail)

RECEIVED

AUG - 9 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

